# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   COREY L JACKSON　　　　　　§　　Case No.: 09-05574
　　　　 SHIRLEY JACKSON　　　　　　§
　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　§
　　　　 Debtor(s)　　　　　　　　　§

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

　　1)　The case was filed on 02/20/2009.

　　2)　This case was confirmed on 04/29/2009.

　　3)　The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

　　4)　The trustee filed action to remedy default by the debtor in performance under the plan on 07/29/2009.

　　5)　The case was dismissed on 09/02/2009.

　　6)　Number of months from filing to the last payment:  2

　　7)　Number of months case was pending:  10

　　8)　Total value of assets abandoned by court order:  NA

　　9)　Total value of assets exempted: $     1,500.00

　　10)　Amount of unsecured claims discharged without payment $       .00

　　11)　All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 200.00 |
| Less amount refunded to debtor | $ | .00 |
| **NET RECEIPTS** | $ | 200.00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 156.60 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 14.40 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 171.00 |
| Attorney fees paid and disclosed by debtor | $ | .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PEOPLES GAS LIGHT & | UNSECURED | 3,960.00 | 5,703.73 | 5,703.73 | .00 | .00 |
| IL STATE DISBURSEMEN | PRIORITY | 2,425.00 | 40,753.70 | 40,753.70 | .00 | .00 |
| PAULA GREGORY | PRIORITY | .00 | NA | NA | .00 | .00 |
| MBNA CONSUMVER FINAN | PRIORITY | 3,741.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 4,310.00 | 73,485.24 | 73,485.24 | .00 | .00 |
| SPRINT PCS | UNSECURED | 571.00 | NA | NA | .00 | .00 |
| WEST LOOP AUTO BODY | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| APPLIED BANK | UNSECURED | 891.00 | 891.67 | 891.67 | .00 | .00 |
| APPLIED BANK | UNSECURED | 892.00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | NA | 2,050.67 | 2,050.67 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 633.00 | 633.08 | 633.08 | .00 | .00 |
| AT&T | UNSECURED | 54.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 2,500.00 | 5,656.60 | 5,656.60 | .00 | .00 |
| AT&T WIRELESS | UNSECURED | 307.00 | 598.08 | 598.08 | .00 | .00 |
| AT & T | UNSECURED | 55.00 | NA | NA | .00 | .00 |
| RCN 14 CHICAGO | UNSECURED | 843.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 1,169.00 | NA | NA | .00 | .00 |
| DIRECT LOANS BANKRUP | UNSECURED | 4,700.00 | NA | NA | .00 | .00 |
| SPRINT PCS | UNSECURED | 384.00 | NA | NA | .00 | .00 |
| DRIVE FINANCIAL SERV | UNSECURED | 14,000.00 | NA | NA | .00 | .00 |
| DRIVE FINANCIAL SVC | UNSECURED | 8,000.00 | 8,463.40 | 8,463.40 | .00 | .00 |
| ER PHYSICIAN SERVICE | UNSECURED | 293.00 | NA | NA | .00 | .00 |
| ERNESTO D BORGES JR | UNSECURED | 2,800.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| THE FIFTH THIRD BANK | UNSECURED | 1,044.00 | NA | NA | .00 | .00 |
| HSBC | UNSECURED | 228.00 | NA | NA | .00 | .00 |
| ILL STATE TOLL HIGHW | UNSECURED | 8,000.00 | NA | NA | .00 | .00 |
| JOHN H STROGER JR HO | UNSECURED | 146.00 | NA | NA | .00 | .00 |
| MAGNUM FUNDING INC | UNSECURED | 484.00 | NA | NA | .00 | .00 |
| MCHENRY COUNTY TREAS | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | 807.00 | 807.63 | 807.63 | .00 | .00 |
| NATIONAL CHECK TRUST | UNSECURED | 154.00 | 1,531.66 | 1,531.66 | .00 | .00 |
| INTERNATIONAL CASH A | UNSECURED | 812.00 | NA | NA | .00 | .00 |
| NATIONWIDE CREDIT IN | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 600.00 | NA | NA | .00 | .00 |
| DRIVE FIN SVC | UNSECURED | 7,447.00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 3,960.00 | NA | NA | .00 | .00 |
| RCN | UNSECURED | 286.00 | NA | NA | .00 | .00 |
| MCSI/RMI | UNSECURED | 150.00 | 150.00 | 150.00 | .00 | .00 |
| BOUDREAU & ASSOCIATE | UNSECURED | 390.00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 884.00 | 884.73 | 884.73 | .00 | .00 |
| DOUBLE QUIK INC | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| SPRINT NEXTEL | UNSECURED | 800.00 | 955.55 | 955.55 | .00 | .00 |
| T MOBILE | UNSECURED | 480.00 | NA | NA | .00 | .00 |
| CHICAGO CENTRAL EMER | UNSECURED | 222.00 | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 8,000.00 | 8,112.24 | 8,112.24 | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 2,601.00 | 2,674.76 | 2,674.76 | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 764.00 | 776.05 | 776.05 | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 690.00 | NA | NA | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | 2,440.00 | NA | NA | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | 624.00 | NA | NA | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | 2,880.00 | 3,065.49 | 3,065.49 | .00 | .00 |
| WACHOVIA BANK | UNSECURED | 238.19 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 2,211.00 | 2,211.42 | 2,211.42 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | NA | 1,226.35 | 1,226.35 | .00 | .00 |
| ROBERT J SEMRAD & AS | PRIORITY | NA | .00 | 29.00 | 29.00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | NA | 587.80 | 587.80 | .00 | .00 |
| B REAL LLC/MS 550 | UNSECURED | NA | 390.91 | 390.91 | .00 | .00 |
| LVNV FUNDING | UNSECURED | NA | 808.66 | 808.66 | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | NA | 2,689.69 | 2,689.69 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | 40,753.70 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 73,514.24 | 29.00 | .00 |
| **TOTAL PRIORITY:** | 114,267.94 | 29.00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 50,870.17 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 171.00 |
| Disbursements to Creditors | $ | 29.00 |
| **TOTAL DISBURSEMENTS:** | $ | 200.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   12/23/2009          /s/ Tom  Vaughn
                             Tom  Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**